# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ANTONIO YOUNG,<br><br>　　Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC,<br><br>　　Defendant. | Case No.: 3:22-cv-00126 |

## NOTICE OF RESOLUTION

Defendant, WESTROCK SERVICES, LLC, by and through its undersigned attorneys and pursuant to Local Rule 3.09(a), hereby notifies the Court that the parties have agreed to the resolution of this case in its entirety.

　　Dated: February 28, 2022

**BURR & FORMAN LLP**

*/s/ Rachel C. Cocciolo*
**Rachel C. Cocciolo, Esq.**
Florida Bar No. 118139
50 N. Laura St., Ste. 3000
Jacksonville, FL  32202
(904) 232-7200 (Tel.)
(904) 232-7201 (Fax)
rcocciolo@burr.com
tthompson@burr.com

**Counsel for Defendant**

47216639 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, and that a copy was served via electronic mail to the following, on February 28, 2022:

Thomas L. Dickens, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave., Ste. 1600
Orlando, FL  32801
tdickens@forthepeople.com
mfermaint@forthepeople.com
*Attorneys for Plaintiff*

                                                  /s/  Rachel C. Cocciolo
                                                  Attorney