UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ANTONIO YOUNG,**
　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 3:22-cv-126-HES-JBT

**WESTROCK PAPER and PACKAGING, LLC,**
　　Defendant.
_____/

## ORDER

This cause is before this on Notice of Resolution (Dkt. 6) in which parties have agreed to the resolution of this case in its entirety.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of March, 2022.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Rachel Cocciolo, Esq.
Thomas Dickens, Esq.